NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-467

SUCCESSION OF VERNA MAE ROMERO GILLIS

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 17524
HONORABLE KEITH RAYNE JULES COMEAUX, DISTRICT JUDGE

**********

**NED E. DOUCET, JR.**
**CHIEF JUDGE**

**********

Court composed of Ned E. Doucet, Jr., Chief Judge, Billie Colombaro Woodard, and
Jimmie C. Peters, Judges.

**AFFIRMED.**

WOODARD, J., concurs in result.
PETERS, J., concurs in part and dissents in part, assigning written reasons.

Staci Knox Villemarette
P. O. Box 53951
Lafayette, LA 70505-3951
Counsel for: Plaintiffs-Appellants
    Lynette Romero Gautreaux, Cynthia Romero Barry, Carol Romero
    Reynolds, Yvonne Romero Gilchrist


Lewis H. Pitman, Jr.
P. O. Box 9664
New Iberia, LA 70562-9664
(337) 365-3800
Counsel for: Defendant-Appellee
    George Rogers

Stephen Francis Mestayer

P. O. Box 12340
New Iberia, LA 70562-2340
Counsel for: Defendants-Appellees
Dorothy Viator McDonald, Mark McDonald, Jude McDonald, Michael W.
McDonald and Kermit McDonald, Jr.